UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| VERONICA TROCHE, on behalf of herself and all others similarly situated, | Case No.: 1:22-cv-07397-JGK |
| Plaintiffs, | |
| v. | |
| Impressions Online Boutique, LLC, | |
| Defendant. | |

---

### MOTION FOR ADMISSION PRO HAC VICE OF GILLIAN G. O'HARA

---

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts of the Southern and Eastern Districts of New York, Gillian G. O'Hara hereby moves this Court for an Order for admission to practice Pro Hac Vice, to appear as counsel for Defendant Impressions Online Boutique, LLC in the above-captioned matter. In support of this Motion, Gillian G. O'Hara states:

1. I am a member in good standing of the bars of the States of Nebraska and South Dakota, and there are no pending disciplinary proceedings against me in any state or federal court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. I have attached hereto a declaration in accordance with Local Rule 1.3.

2

| | |
|---|---|
| Dated:  October 27, 2022 | KUTAK ROCK LLP |

/s/ *Gillian G. O'Hara*
Gillian G. O'Hara (*pro hac vice pending*)
1650 Farnam Street
Omaha, NE  68102-2103
Telephone:  (402) 346-6000
Email: gigi.ohara@kutakrock.com

and

Brooke H. McCarthy (NY Bar #4413837)
1650 Farnam Street
Omaha, NE  68102-2103
Telephone:  (402) 346-6000
Email: brooke.mccarthy@kutakrock.com

*Counsel for Defendant Impressions Online Boutique, LLC*

4874-2321-1578.1