UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VERONICA TROCHE,

                Plaintiff,

    - against -

IMPRESSIONS ONLINE BOUTIQUE LLC,

                Defendant.

22-cv-7397 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The plaintiff may file an amended complaint by **December 5, 2022.** The defendant may answer or file a motion to dismiss by **January 6, 2023.** If the defendant chooses to file a motion to dismiss, the plaintiff may respond by **January 23, 2023.** The defendant may reply thereafter by **February 3, 2023.**

SO ORDERED.

Dated:    New York, New York
            November 2, 2022

                                            John G. Koeltl
                                      United States District Judge