UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA TROCHE,

                Plaintiff,

    - against -

IMPRESSIONS ONLINE BOUTIQUE LLC,

                Defendant.

22-cv-7397 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for **January 23, 2023 at 3:00 p.m.** is canceled.

SO ORDERED.

Dated:    New York, New York
            January 19, 2023

                                                John G. Koeltl
                                    United States District Judge